IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SANTANDER CONSUMER USA, INC., <br> *Plaintiff*, | § § § § | |
| *v.* | § § § | SA-21-CV-00172-OLG |
| THE CITY OF SAN ANTONIO, ALANIS WRECKER SERVICE, LLC AND ALEJANDRO ALANIS, <br> *Defendants*, | § § § § § | |

**DEFENDANT THE CITY OF SAN ANTONIO'S
ADR REPORT PURSUANT TO LOCAL RULE CV-88**

TO THE HONORABLE ORLANDO L. GARCIA:

NOW COMES Defendant, the City of San Antonio, in the above styled and numbered cause and files this its *ADR Report Pursuant to Local Rule CV-88*. Defendant will respectfully show the following:

1.  Pursuant to Local Rule CV-88, Defendant submits this Alternative Dispute Resolution (ADR) report. No settlement negotiations have been entered into between the parties in this matter. If any settlement negotiations are to be entered into in the future, undersigned counsel is the person primarily responsible for settlement negotiations. However, depending on the nature of the settlement, City Council or another committee may have to approve the proposed settlement agreement. After evaluation, Defendant does not consider ADR to be appropriate at this time. Undersigned, by signing below, certifies he has advised Defendant of the ADR procedures available in this Court.

In the event mediation becomes appropriate in this matter, the parties have agreed to use the mediation services of Rene Diaz. Mr. Diaz's contact information is as follows: TETCO Center Building, 1100 N.E. Loop 410, Suite 200, San Antonio, Texas 78209, 210-226-4500.

    Respectfully submitted,

    FITZPATRICK & KOSANOVICH, P.C.
    P.O. Box 831121
    San Antonio, Texas 78283-1121
    (210) 408-6793
    (210) 408-6797 - Facsimile

    _____/s/_____
    Mark Kosanovich
    SBN: 00788754
    mk@fitzkoslaw.com

*Santander Consumer USA, Inc. v. City of San Antonio, et. al.*
Civil Action No.: SA-21-CV-00172-OLG
*Def. City of San Antonio's ADR Report*
Page 2 of 3

CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of June 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Everett New<br>New & Hall PLLC<br>100 North Central Expressway, Ste. 402<br>Richardson, Texas 75080<br>enew@newhallpllc.com<br><br>Peter C. Hall<br>New & Hall PLLC<br>100 North Central Expressway, Ste. 402<br>Richardson, Texas 75080<br>peter@newhallpllc.com<br><br>Mark Anthony Sanchez<br>Wilson & Sanchez, P.L.L.C.<br>6243 IH-10 West, Ste. 1025<br>San Antonio, Texas 78201<br>mas@sanchezwilson.com | <br><br><br><br><br><br><br><br><br><br><br><br>_____/s/_____<br>MARK KOSANOVICH |

*Santander Consumer USA, Inc. v. City of San Antonio, et. al.*
Civil Action No.: SA-21-CV-00172-OLG
*Def. City of San Antonio's ADR Report*
Page 3 of 3