**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| SANTANDER CONSUMER USA, INC., <br> *Plaintiff*, <br> v. <br> THE CITY OF SAN ANTONIO, <br> ALANIS WRECKER SERVICE, LLC, <br> AND ALEJANDRO ALANIS, <br> *Defendants*. | Civil Case No.: <br><br> 5:21-CV-172-OLG |

**ALTERNATIVE DISPUTE RESOLUTION REPORT**

TO THE HONORABLE ORLANDO L. GARCIA, CHIEF JUDGE:

Pursuant to the ADR Report requirements of Local Rule CV-88, Plaintiff Santander Consumer USA, Inc., respectfully represents to the Court:

1. The Parties conferred by email regarding the potential for resolution of this litigation through alternative dispute resolution, and have agreed to consider mediation as a potential option, but have not exchanged any settlement offers or demands at this time.

2. At the present time, Plaintiff has concerns that the relief sought in its Complaint would unlikely be obtained during mediation, however it remains amenable to mediating this matter if the Defendants herein affirmatively represented that the relief sought was within the framework of relief that could be granted at mediation.

3. The Parties have agreed that if this matter is to be mediated, Rene Diaz would be an acceptable mediator. Mr. Diaz's contact information is:

    Diaz Mediation
    TETCO Center Building (a/k/a BBVA Bank)
    1100 NE Loop 410, Suite 200
    San Antonio, Texas 78209
    (210) 226 4500

4. The undersigned counsel would attend mediation on behalf of Plaintiff, along with an appropriate client representative with sufficient authority to reasonably resolve the issues in

this litigation.

5. Additionally, attorney Nicholas A. Duston, who is admitted *pro hac vice* would also likely attend.

6. Plaintiff will continue to assess the appropriateness of ADR and request the opportunity to revisit the desirability if ADR as the case is more fully developed.

Respectfully submitted,

**New & Hall PLLC**

Everett New
 Texas Bar No. 24046518
 enew@newhallpllc.com

Peter C. Hall
 Texas Bar No. 24044224
 peter@newhallpllc.com

*100 N. Central Expy., Ste. 402*
*Richardson, Texas 75080*
*(972) 645-0110*

**Counsel for Plaintiff**

| CERTIFICATE OF SERVICE | Service Date: | **June 30, 2021** |
|---|---|---|

I hereby certify that on the Service Date above, I served or caused to be served a true and correct copy of this document on all parties of record in this matter in compliance with the Federal Rules of Civil Procedure.

Everett New