IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SANTANDER CONSUMER USA, INC.<br>Plaintiff, | § § § § § § | |
| vs. | § | CIVIL ACTION NO. 5:21-cv-00172 |
| | § § § § | |
| THE CITY OF SAN ANTONIO, ALANIS<br>WRECKER SERVICE, LLC AND<br>ALEJANDRO ALANIS,<br>Defendants. | § § § § | |

## DEFENDANTS ALANIS WRECKER SERVICE, LLC
## AND ALEJANDRO ALANIS' REPORT ON ALTERNATIVE DISPUTE RESOLUTION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, DEFENDANTS ALANIS WRECKER SERVICE, LLC and ALEJANDRO ALANIS, by and through their undersigned attorneys of record, and, in accordance with the Court's Scheduling Order, files this, their Report on Alternative Dispute Resolution.

**I.**

Counsel for Defendants have advised him of alternative dispute resolution procedures available in the Western District of Texas. Defendants disclose to the Court that, with the advice and counsel of their attorney of record, they are responsible for settlement negotiations on their own behalf.

**II.**

Defendants report to the Court that alternative dispute resolution would be helpful in resolving the lawsuit and agrees to negotiate in good faith under the auspices of a neutral mediator certified by the Court.

**III.**

By agreement of the parties, O. Rene Diaz, Esq., Diaz & Jakob, PLLC., 1100 N.E. Loop 410, Suite 200, San Antonio, Texas 78209, (210) 226-4500 has been mutually selected to serve as Mediator in the above case and that mediation will be conducted in Bexar County.

WHEREFORE, PREMISES CONSIDERED, DEFENDANTS ALANIS WRECKER SERVICE, LLC and ALEJANDRO ALANIS respectfully pray that the Court take judicial notice of their Report on Alternative Dispute Resolution.

Respectfully submitted,

SÁNCHEZ & WILSON, P.L.L.C.
MARK ANTHONY SÁNCHEZ, ESQ.
6243 IH-10 West, Suite 1025
San Antonio, Texas 78201
(210) 222-8899
(210) 222-9526 (TELECOPIER)
mas@sanchewilson.com

ATTORNEYS FOR DEFENDANTS ALANIS WRECKER SERVICE, LLC and ALEJANDRO ALANIS

By: /s/ Mark Anthony Sánchez
    MARK ANTHONY SÁNCHEZ, ESQ.
    TEXAS STATE BAR NO. 00795857

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Defendants Alanis Wrecker Service, LLC and Alejandro Alanis Report on Alternative Dispute Resolution has been delivered *via* E-File Notification on this the 1st day of July 2021, to Everett New, Esq, New & Hall PLLC, 100 N. Central Expy., Ste. 402, Richardson, Texas 75080.

/s/ Mark Anthony Sánchez
MARK ANTHONY SÁNCHEZ, ESQ.

## NOTICE OF ELECTRONIC FILING

The undersigned counsel hereby certifies that he has electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Western District of Texas on the 1st day July 2021.

/s/ Mark Anthony Sánchez
MARK ANTHONY SÁNCEZ, ESQ.