FILED
July 18, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                      DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| SANTANDER CONSUMER USA, INC., *Plaintiff,* <br><br> v. <br><br> THE CITY OF SAN ANTONIO, ALANIS WRECKER SERVICE, LLC, and ALEJANDRO ALANIS, *Defendants.* | Civil Case No.: <br> **5:21-CV-172-OLG** |

## ORDER EXTENDING THE DISPOSITIVE MOTION DEADLINE, PRETRIAL CONFERENCE DATE, AND TRIAL DATE

On the date signed below, came on to be heard Santander Consumer USA Inc.'s Motion to Extend the Dispositive Motion Deadline, Pretrial Conference, and Trial Date [dkt. #54], filed, in the above numbered and entitled cause, and it appearing to the Court that such Motion should be GRANTED; it is, therefore,

ORDERED, ADJUDGED and DECREED that the Dispositive Motion Deadline is extended up to and including September 30, 2022;

ORDERED, ADJUDGED and DECREED that the pretrial conference date is extended up to and including November 30, 2022 at 10:00 a.m..

ORDERED, ADJUDGED and DECREED that the trial date is extended up to and including December 12, 2022 at 9:30 a.m..

SIGNED this the  18th  day of     July     , 2022.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE