IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SANTANDER CONSUMER USA, INC., | § § § | |
| *Plaintiff*, | § § § | |
| vs. | § § | 5-21-CV-00172-OLG-RBF |
| CITY OF SAN ANTONIO, ALANIS WRECKER SERVICE, ALEJANDRO ALANIS, | § § § § § | |
| *Defendants*. | § § § | |

**ORDER**

Before the Court are (1) Plaintiff Santander Consumer USA, Inc.'s Motion for Summary Judgment, Dkt. No. 61; (2) Defendants Alanis Wrecker Service, Inc. and Alejandro Alanis's (collectively, "Alanis") Motion for Summary Judgment, Dkt. No. 62; and (3) Defendant the City of San Antonio's Motion for Judgment on the Pleadings and for Summary Judgment, Dkt. No. 63. Also before the Court are (4) Alanis's Motion to Strike Evidence in Support of Plaintiff's Motion for Summary Judgment, Dkt. No. 69, (5) San Antonio's Motion to Strike Testimony of Edward Vargas, Dkt. No. 72, and (6) San Antonio's Motion to Strike Testimony of Nicholas Duston, Dkt. No. 73.

The District Court referred this case for disposition of pretrial matters pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 65. Authority to enter this Order stems from 28 U.S.C. § 636(b)(1)(A).

**IT IS ORDERED THAT** the above-listed motions, Dkt. Nos. 61, 62, 63, 69, 72, & 73, are set for a hearing on **February 6, 2023 at 1:30 pm** at the United States Courthouse, 262 West

2

Nueva, San Antonio, Texas, 78207. The courtroom for the hearing will be assigned later, and counsel should check monitors in the courthouse lobby on the day of the hearing, which will contain the assigned courtroom information. The parties should be prepared to discuss all pending motions at the hearing.

**IT IS SO ORDERED.**

SIGNED this 9th day of January, 2023.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE