IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SANTANDER CONSUMER USA, INC., | § | |
| *Plaintiffs* | § | |
| | § | |
| v. | § | 5:21-cv-172-OLG-RBF |
| | § | |
| THE CITY OF SAN ANTONIO, ALANIS | § | |
| WRECKER SERVICE, LLC AND | § | |
| ALEJANDRO ALANIS, | § | |
| *Defendants* | § | |

## NOTICE OF LIMITED APPEARANCE

TO THE HONORABLE RICHARD B. FARRER:

Please take notice that Jacqueline M. Stroh of The Law Office of Jacqueline M. Stroh, P.C., 1020 NE Loop 410, Suite 270, San Antonio, Texas, 78209, jackie@strohappellate.com, who is licensed to practice law in Texas under Texas Bar No. 00791747 and is admitted to practice in the United States District Court for the Western District of Texas, is hereby entering a limited appearance on behalf of Defendant CITY OF SAN ANTONIO in the above-entitled and numbered cause to assist litigation counsel on behalf of the City of San Antonio with appellate matters prior to, during, and after trial in this matter to include arguing the City's dispositive motions.

<div style="margin-left:50%">

Respectfully submitted,
FITZPATRICK & KOSANOVICH, P.C.
P.O. Box 831121
San Antonio, Texas 78283-1121
(210) 408-6793
(210) 408-6979 – Facsimile

By: /s/ Mark Kosanovich
    Mark Kosanovich
    SBN: 99788754
    mk@fitzkoslaw.com

COUNSEL FOR DEFENDANT,
THE CITY OF SAN ANTONIO

</div>

## CERTIFICATE OF SERVICE

I certify service of this instrument on the persons listed below via the Court's mandatory electronic filing and notification system on February 7, 2023:

Everett New
New & Hall PLLC
100 North Central Expressway, Ste. 402
Richardson, Texas 75080
enew@newhallpllc.com

Peter C. Hall
New & Hall PLLC
100 North Central Expressway, Ste. 402
Richardson, Texas 75080
peter@newhallpllc.com

Paul A. Fletcher
Langley & Banack, Incorporated
745 E. Mulberry Ave., Suite 700
San Antonio, Texas 78212
pfletcher@langleybanack.com

Nicholas A. Duston
Norris McLaughlin, P.A.
400 Crossing Blvd. 8th Floor
P.O. Box 5933
Bridgewater, NJ 08807-5933
naduston@norris-law.com

                                          /s/ Mark Kosanovich
                                          Mark Kosanovich