

**400 Crossing Boulevard**
**8ᵗʰ Floor**
**P.O. Box 5933**
**Bridgewater, NJ  08807**

**T: 908-722-0700**
**F: 908-722-0755**

*Direct Dial: 908-252-4208*
*Email: naduston@norris-law.com*

February 24, 2023

**Via ECF**
Hon. Richard B. Farrer
United States Magistrate Judge
United States District Court for the Western District of Texas
262 West Nueva Street
San Antonio, Texas 78207

    **Re:**   **Santander Consumer USA, Inc. v. City of San Antonio** *et. al.*
       **Dkt. No. 21-cv-00172(OLG)(RBF)**

Dear Judge Farrer:

  This firm represents Santander Consumer USA, Inc. in the above-referenced action, and I write to respond to Your Honor's February 9, 2023 order requesting a joint advisory providing the Court with mutually agreed upon dates in July or August of 2023 to reschedule a trial. After confirming with counsel for the Defendants, we jointly suggest a trial date during the weeks of July 24, 2023 or July 31st, 2023, as may be convenient for the Court.

        Respectfully Submitted,

        **Norris McLaughlin, P.A.**

        By: _____

         Nicholas Duston



**Norris McLaughlin, P.A.**

February 24, 2023
Page 2