IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SANTANDER CONSUMER USA, INC., | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | 5-21-CV-00172-OLG-RBF |
| CITY OF SAN ANTONIO, ALANIS WRECKER SERVICE, ALEJANDRO ALANIS, | § § § § § | |
| *Defendants.* | § § | |

### ORDER

Before the Court is the above-styled cause of action which was referred for disposition of all pretrial matters, pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 65. On June 2, 2023, the Court held an informal status conference on the then-pending motions to strike and the filing of the parties' joint statement of agreed facts. On June 8, 2023, the parties filed their joint statement of agreed facts in accordance with the Court's order. Having reviewed the statement, the Court finds that it is no longer necessary to hold the hearing currently scheduled for June 20, 2023.

**IT IS ORDERED THAT** the hearing set for June 20, 2023 at 1:30 pm at the United States Courthouse, 262 West Nueva, San Antonio, Texas, 78207 is **HEREBY CANCELED**.

**IT IS SO ORDERED**.

SIGNED this 13th day of June, 2023.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE