IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
July 26, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| SANTANDER CONSUMER USA, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | SA-21-CV-172-OLG |
| THE CITY OF SAN ANTONIO, ) | |
| ALANIS WRECKER SERVICE, LLC, and ) | |
| ALEJANDRO ALANIS ) | |
| ) | |
| Defendants ) | |

**ORDER**

Under consideration is the report and recommendation of United States Magistrate Judge Richard B. Farrer. Docket no. 94. Before the Court makes a determination on the issues addressed in the recommendation, the parties are ORDERED to file a written advisory within 14 days from the date below addressing the following:

Whether the state court lawsuit commenced in January 2019 (two years prior to the commencement of this suit) remains pending.

If so, explain the status of the case, including: the original claims and remaining unresolved claims against each party, the current stage of litigation, and whether a trial date is set or has been requested. The parties must also attach a copy of the pleadings and the state court docket sheet.

Whether any party has moved to sever the claims in the state court proceedings.

Whether it would be appropriate to stay or abstain from deciding the claims in this case until after the state court has resolved the claims before it.[1]

Whether the parties have mediated the claims pending in either forum.

SIGNED and ENTERED this __26th__ day of July, 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

---

[1] The parties' positions on abstention must be supported by relevant legal authority.