UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SANTANDER CONSUMER USA, INC., §<br>    *Plaintiff*, §<br>§<br>v. §<br>§<br>THE CITY OF SAN ANTONIO, §<br>ALANIS WRECKER SERVICE, LLC and §<br>ALEJANDRO ALANIS, §<br>    *Defendants.* § | Civil Case No. 5:21-CV-172-OLG |

## MOTION FOR WITHDRAWAL OF COUNSEL

Defendants Alanis Wrecker Service, Inc. ("Wrecker") and Alejandro Alanis ("Alanis") (collectively, "Alanis Defendants") file their motion for withdrawal of Erica E. Valladares as counsel of record for the Alanis Defendants. Ms. Valladares is leaving the law firm of Langley & Banack, Inc. and will no longer be representing the Alanis Defendants. Paul A. Fletcher and Sara Murray of Langley & Banack, Inc. will continue to represent the Alanis Defendants in this lawsuit.

LANGLEY & BANACK, INC.

745 East Mulberry Avenue, Suite 700
San Antonio, TX 78212
Telephone: (210) 736-6600
Facsimile: (210) 735-6889

By: */s/ Paul A. Fletcher*
    PAUL A. FLETCHER
    pfletcher@langleybanack.com
    State Bar No. 00795980
    ERICA E. VALLADARES
    evalladares@langleybanack.com
    State Bar No. 24045841
    SARA MURRAY
    smurray@langleybanack.com
    State Bar No. 14729400
    **ATTORNEYS FOR THE ALANIS DEFENDANTS**

4860-6032-7293, v. 1

## CERTIFICATE OF SERVICE

The undersigned counsel of record for the Alanis Defendants hereby certifies that, on August 30, 2023, a true and correct copy of the foregoing Motion for Withdrawal of Counsel was were served via the Court's CM/ECF electronic facilities to the following counsel of record:

Everett New
Peter C. Hall
NEW & HALL PLLC
100 N. Central Expressway, Suite 402
Richardson, TX 75080
**COUNSEL FOR PLAINTIFF SANTANDER CONSUMER USA, INC.**

Nicholas A. Duston
NORRIS MCLAUGHLIN, P.A.
400 Crossing Boulevard, 8th Floor
Bridgewater, NJ 08807
**COUNSEL FOR PLAINTIFF SANTANDER CONSUMER USA, INC.**

Mark Kasanovich
FITZPATRICK & KASANOVICH, P.C.
P.O. Box 831121
San Antonio, TX 78283
**COUNSEL FOR DEFENDANT CITY OF SAN ANTONIO**

                                                */s/ Paul A. Fletcher*
                                                **PAUL A. FLETCHER**
                                                **ERICA E. VALLADARES**
                                                **SARA MURRAY**