IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SANTANDER CONSUMER USA, INC., | § § § | |
| *Plaintiff,* | § § | 5:21-CV-00172-OLG-RBF |
| vs. | § § § | |
| CITY OF SAN ANTONIO, ALANIS WRECKER SERVICE, ALEJANDRO ALANIS, | § § § § § | |
| *Defendants.* | § § | |

### ORDER RE-SETTING STATUS HEARING

Before the Court is the status of this case, which the District Court referred for disposition pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. See Dkt. No. 65. Also before the Court is Defendant City of San Antonio's Unopposed Motion to Reset Status Conference, Dkt. No. 140, which is **GRANTED.**

**IT IS ORDERED** that this case, along with related case **5:24-cv-249-JKP-RBF**, is **RE-SET** for a hearing on **April 11, 2024 at 2:00 p.m**. The previously scheduled April 1, 2024 hearing is **CANCELLED.** All parties are required to appear by Zoom for the hearing. The information to join the hearing is as follows:

Join ZoomGov Meeting: https://txwd-uscourts.zoomgov.com/j/1600078256

Meeting ID: 160 007 8256

The parties must check in no later than 5 minutes before the start of the hearing.

**IT IS SO ORDERED.**

**SIGNED this 25th day of March, 2024.**

_____
**RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE**