FILED
April 12, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **SANTANDER CONSUMER USA, INC.,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **CITY OF SAN ANTONIO, ALANIS** § <br> **WRECKER SERVICE, ALEJANDRO** § <br> **ALANIS,** § <br> Defendants. § | **CIVIL NO. SA: 5:21-CV-00172-OLG** |

## ORDER TRANSFERRING CASE

It is hereby **ORDERED** that this civil case assigned to the docket of the Honorable U.S. District Judge Orlando L. Garcia is hereby **TRANSFERRED** to the docket of the Honorable U.S. District Judge Jason Pulliam.

All Orders shall remain in effect unless otherwise ordered by the receiving Judge.

It is so **ORDERED**.

**SIGNED** this 12th day of April, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE